IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | | |
|---|---|---|
| CHRISTOPHER BERNARD MILES, | : : : | |
| Plaintiff, | : : : | |
| V. | : : : | NO. 1:23-cv-00205-LAG-TQL |
| SUMTER COUNTY GEORGIA JAIL, *et al.*, | : : : | |
| Defendants. | : : : : | |

## ORDER

Plaintiff Christopher Bernard Miles, a detainee currently held in the Sumter County Jail in Americus, Georgia, has filed a handwritten civil rights complaint. Compl., ECF No. 1. Plaintiff did not file his complaint on the form for a prisoner 42 U.S.C. § 1983 complaint. Therefore, if he wants to proceed with this action, Plaintiff is now **ORDERED** to complete and file a 42 U.S.C. § 1983 form.[1]

Additionally, Plaintiff has not either paid the $405.00 filing fee for a civil rights complaint or moved for leave to proceed in this action *in forma pauperis*. A prisoner seeking leave to proceed *in forma pauperis* must submit (1) an affidavit in support of his claim of indigence, and (2) "a certified copy of [his] trust fund account statement (or institutional equivalent) . . . for the 6-month period immediately preceding the filing of the

---

[1] The recast compliant will take the place of (supersede) the original complaint that Plaintiff filed, such that the Court will not look back to that petition when evaluating Plaintiff's claims.

complaint." *Id.* (quoting 28 U.S.C. § 1915(a)(1)-(2)).  Accordingly, Plaintiff is also **ORDERED** to either pay the filing fee or file a proper and complete motion to proceed *in forma pauperis*.

Plaintiff shall have **FOURTEEN (14) DAYS** from the date of this order to recast his complaint on the proper form and either pay the filing fee or move to proceed *in forma pauperis*.  While this case is pending, Plaintiff must immediately inform the Court in writing as to any change of address.  Plaintiff's failure to fully and timely comply with this order may result in the dismissal of this action.

The **CLERK** is **DIRECTED** to forward Plaintiff a 42 U.S.C. § 1983 complaint form and a motion to proceed *in forma pauperis*, along with the appropriate account certification form and his service copy of this order (with the civil action number showing on all).  There shall be no service in this case pending further order of the Court.

**SO ORDERED** and **DIRECTED**, this 18th day of December, 2023.

*s/ Thomas Q. Langstaff*
United States Magistrate Judge